UNITED STATES of America ex rel.
Frank LAINO, Relator-Appellant,

v.

WARDEN OF WALLKILL PRISON,
ULSTER COUNTY, NEW YORK,
Respondent-Appellee.

No. 223, Docket 30096.

United States Court of Appeals
Second Circuit.

Argued Jan. 11, 1966.

Decided Feb. 1, 1966.

Stephen D. Finale, New York City, for relator-appellant.

Robert E. Fischer, Sp. Asst. Atty. Gen., Binghamton, N. Y. (Louis J. Lefkowitz, Atty. Gen. of State of New York, New York City, on the brief), for respondent-appellee.

Before MEDINA, MOORE and KAUFMAN, Circuit Judges.

PER CURIAM:

We affirm on Judge Tenney's opinion below, reported at 246 F.Supp. 72 (1965).